# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | Case No. 7:02-CR-19-HL |
| LUCIO JAIMES-JIMENEZ, | : | |
| Defendant. | : | |

## ORDER

The Government's Motion to Dismiss the Indictment in the instant case without prejudice having been read and considered, leave of Court is hereby GRANTED and the filing of the foregoing dismissal is hereby ORDERED, this 8th day of December, 2010.

 s/ Hugh Lawson  
HUGH LAWSON  
UNITED STATES DISTRICT JUDGE